RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 10/20/11
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PAUL ROBERTS, JR.,<br>    Petitioner<br><br>VERSUS<br><br>N. BURL CAIN, WARDEN,<br>    Respondent | CIVIL ACTION<br>SECTION "P"<br>1:10-CV-00995<br><br><br>JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Roberts' Section 2254 habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 20th day of October, 2011.

                                                JAMES T. TRIMBLE, JR.
                                          UNITED STATES DISTRICT JUDGE